UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND SMITH,                          Case No. 1:05-CV-248

      Petitioner,                          Hon. Richard Alan Enslen

v.

KENNETH McKEE,
                                           **FINAL ORDER**
      Respondent.      /

In accordance with an Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner Raymond Smith's Objections (Dkt. No. 42) are **DENIED** and the Report and Recommendation (Dkt. No. 41) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner Raymond Smith's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Peitioner is **DENIED** a certificate of appealability as to all issues asserted in his Petition.

                                         /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:          RICHARD ALAN ENSLEN
       March 26, 2007              SENIOR UNITED STATES DISTRICT JUDGE